ORIGINAL

FILED
U.S. DISTRICT COURT

2008 APR -4 PM 3: 12

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| **BOBBY DICKERSON** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 608-001 |
| | ) |
| **LYNN M. ANDERSON and ALL** | ) |
| **DEPUTIES THAT WORK IN THE** | ) |
| **JAIL** | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of April, 2008.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia